UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Thomas R. Bowes                                         Docket No. 2:18-CR-7-1FL

**Petition for Action on Probation**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thomas R. Bowes, who, upon an earlier plea of guilty to False Impersonation of an Officer or Employee of the United States, in violation of 18 U.S.C. § 912, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on October 25, 2018, to 3 years probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a special condition of probation, Bowes was ordered by the court to abide by all conditions and terms of the home detention program for a period not to exceed 180 consecutive days. The court also ordered that the defendant be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the officer.

Per our district policy, overnight travel for participants supervised under location monitoring must be approved by the court. Additionally, in post-conviction cases, the court shall determine if the number of unmonitored travel days should be added to the participant's monitoring termination date.

On November 6, 2018, Bowes provided written documentation to the undersigned probation officer indicating that he is scheduled to undergo left shoulder replacement surgery at Duke Regional Hospital (DRH) in Durham, North Carolina, on January 23, 2019. It was further noted that the surgery usually requires one-night stay in the hospital. Due to the distance of Bowes' residence (Camden) to DRH and in consideration of Bowes' requirement to stay overnight in the hospital following surgery, it is respectfully requested that Bowes be authorized to stay overnight at a hotel in Durham on January 22, 2019, and that he be authorized to stay overnight at DRH on January 23, 2019. Additionally, if the court concurs with the request and allows the two unmonitored travel days, it is respectfully requested that the two days be added to Bowes' scheduled home detention termination date of May 4, 2019.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be allowed to stay overnight at a hotel in Durham, North Carolina, on January 22, 2019, inasmuch as he is scheduled to undergo left shoulder replacement surgery at Duke Regional Hospital on January 23, 2019. Additionally, the defendant shall be allowed to stay overnight at Duke Regional Hospital on January 23, 2019, following surgery. Due to the granting of the two unmonitored travel days, the defendant's home detention termination date shall be extended to May 6, 2019.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: January 3, 2019 |

## ORDER OF THE COURT

Considered and ordered this ___7th___ day of _____January_____, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge